No. 120. BOSCH v. BOLÍVAR.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided February 25, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Mr. Texidor* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.

No. 12. EX PARTE MERCED.—Application for a writ of *habeas corpus*. Decided March 4, 1907. Application denied. *Mr. Figueroa* for petitioner.

No. 26. DEL VALLE v. ANDREU ET AL.—Application for a writ of *certiorari*. Decided March 6, 1907. Application denied. *Messrs. Sweet, Rossy & Campillo* for petitioner.

No. 27. EX PARTE MOLLFULLEDA.—Application for a writ of *certiorari*. Decided March 14, 1907. Application denied. Petitioner appeared in his own behalf.

No. 13. EX PARTE BRIGNONI.—Application for a writ of *habeas corpus*. Decided April 3, 1907. Referred to the Judge of the District Court of San Juan. *Mr. Freyre* for petitioner.

No. 128. UMPIERRE v. WENAR.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided April 9, 1907. Appeal dismissed on account of failure to comply with section 299 of the Code of Civil Procedure, and sections 50 and 54 of the Rules of this court. *Mr. Juan de*

*Guzmán Benítez* for petitioner. *Mr. .Cay. Coll y Cuchí* for respondent.

---

No. 135. LABADIE ET AL. *v.* PELLOT.—Appeal from the District Court of Aguadilla. Motion to dismiss appeal. Decided April 16, 1907. Appeal dismissed on account of failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this court. *Mr. Damián Monserrate* for petitioner. *Messrs. Horton and Cornwell* for respondent.

---

No. 137. EX PARTE RODRÍGUEZ.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided April 29, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure and section 54 of the Rules of this court. *Mr. Morera* for petitioner. *Mr. Anderson, Jr.,* for respondent.

---

· No. 14. EX PARTE BELPRÉ.—Application for a writ of *habeas corpus.* Decided May 14, 1907. Application denied. *Mr. Rodríguez Cebollero* for petitioner.

---

No. 122. MAYORAL *v.* ALVARADO.—Appeal from the District Court of Ponce. Motion to dismiss appeal. Decided May 29, 1907. Appeal dismissed on account of failure to comply with the provisions of section 54 of the Rules of this court. *Messrs. Cuevillas and Méndez* for petitioner. *Mr. López Landrón* for respondent.

---

No. 146. BANCO TERRITORIAL Y AGRÍCOLA *v.* RIVERA.—Appeal from the District Court of Arecibo. Motion to dismiss